UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JAMES ALMAGNO, individually and on behalf of all similarly situated current and former employees of the CENTRAL COVENTRY FIRE DISTRICT,<br><br>v.<br><br>CENTRAL COVENTRY FIRE DISTRICT | No. 20-440-JJM-LDA |

## STIPULATION

By agreement of the parties, the defendant, CENTRAL COVENTRY FIRE DISTRICT, shall have up to an including March 15, 2021, to provide Answers to Interrogatories and Responses to Request for Production of Documents in this matter.

| | |
|---|---|
| Counsel for Plaintiffs, | Counsel for Defendant, |
| By their Attorney, | CENTRAL COVENTRY FIRE DISTRICT, |
| /s/ *Elizabeth Wiens*<br>Elizabeth Wiens, Esq. (#6827)<br>Gursky \| Wiens Attorneys at Law, Ltd.<br>1130 Ten Rod Rd., Ste C207<br>North Kingstown, RI 02852<br>Tele: (401) 294-4700<br>Fax:  (401) 294-4702<br>ewiens@rilaborlaw.com | */s/ David M. D'Agostino, Esq.*<br>David M. D'Agostino, Esq. (#6288)<br>GORHAM & GORHAM, INC.<br>25 Danielson Pike<br>North Scituate, RI 02857<br>Tele: (401) 647-1400<br>Fax:  (401) 647-1446<br>daviddagostino@gorhamlaw.com |
| **Dated: March 15, 2021** | **Dated: March 15, 2021** |

Server/CCFD/Almagno v. CCFD, 20-440-JJM-LDA/Stipulation re Discovery Responses 03-15-2021