UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES ALMAGNO, individually and on :
behalf of all similarly situated current :
and former employees of the CENTRAL :
COVENTRY FIRE DISTRICT, :
:
v. :  C.A. No. 20-440-JJM-LDA
:
CENTRAL COVENTRY FIRE :
DISTRICT :

### FINAL JUDGMENT

Pursuant to the Court's Memorandum and Order of August 19, 2022, and upon agreement of the parties,

**IT IS HEREBY ORDERED AND ADJUDGED**

1. Judgment shall enter in Plaintiffs' favor;

2. Plaintiffs are awarded damages in the amount of $279,969.68;

3. Defendant shall pay costs in the amount of $445.00 to IAFF Local 3372; and

4. Defendant shall pay attorneys' fees in the amount of $97,737.50 to Gursky | Wiens Attorneys at Law, Ltd.

So ordered:

_John J. McConnell_

9-30-22